USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STIFEL, NICOLAUS & COMPANY, INC.

       Plaintiff,

  -against-                                   Case No. 1:21-cv-04211-VEC

INIVATA LTD. and
NEOGENOMICS LABORATORIES, INC.

       Defendants.
-------------------------------------------------------X

## ORDER PURSUANT TO Fed. R. Civ. P. 21

      IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 21, that defendant NeoGenomics Laboratories, Inc. be dismissed as a defendant in this action, and that the claims asserted herein against NeoGenomics Laboratories, Inc. are hereby dismissed without prejudice and without costs to any party. The clerk shall amend the caption of the case to remove NeoGenomics Laboratories, Inc. as a defendant.

Dated: August 30, 2021
New York, N.Y.

The Clerk of Court is respectfully directed to terminate Defendant NeoGenomics Laboratory Inc.
**SO ORDERED.**

_____
Hon. Valerie Caproni
United States District Judge