USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STIFEL, NICOLAUS & COMPANY, INC.,   :
                                    :
                         Plaintiff, :
            -against-               :
                                    :   21-CV-4211 (VEC)
INIVATA LTD.,                       :
                                    :   ORDER
                         Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 1, 2021, the parties appeared for a telephonic status conference;

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment must be filed by no later than **Wednesday**, **December 15, 2021**. Defendant's response in opposition is due no later than **Friday, January 21, 2022** and Plaintiff's reply in support of its motion is due no later than **Friday, February 4, 2022.**

**SO ORDERED.**

Date:  October 1, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**